FILED
2011 Mar-30  PM 03:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

LOCAL 703, I.B . OF T. GROCERY  )
AND FOOD EMPLOYEES
WELFARE FUND,                    )

      Plaintiff,                 )

vs.                              )       CV 10-J-2847-S

REGIONS FINANCIAL               )
CORPORATION, et al.,
                                 )
      Defendants.
                                 )

## **ORDER**

The parties having filed a joint motion to continue deadlines (doc. 36), and the court having considered said motion and being of the opinion it is due to be granted,

It is therefore ORDERED that said motion is GRANTED.  Defendants shall file their renewed motion to dismiss on or before April 8, 2011; lead plaintiffs shall file their response on or before May 9, 2011; and defendants shall file any reply on or before May 23, 2011.

**DONE** and **ORDERED** this 30th day of March 2011.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE