FILED
2011 Sep-28  PM 03:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| LOCAL 703, I.B . OF T. GROCERY AND FOOD EMPLOYEES WELFARE FUND, et al., | ) ) ) | |
| Plaintiffs, | ) | |
| vs. | ) | CV 10-J-2847-S |
| REGIONS FINANCIAL CORPORATION, et al., | ) ) | |
| Defendants. | ) ) | |

## ORDER

Counsel for plaintiffs having filed notice of withdrawal of Tricia L. McCormick as attorney of record for plaintiffs (doc. 76) which the court construes as a motion to withdraw, and the court having considered said motion and being of the opinion it is due to be granted,

It is therefore ORDERED that said motion is GRANTED.

Further, plaintiff having filed motion for admission of Matthew I. Alpert pro hac vice (doc. 77), and the court having considered said motion and being of the opinion it is due to be granted,

It therefore FURTHER ORDERED that said motion is GRANTED, subject to payment of the fee.

**DONE** and **ORDERED** this 28th day of September 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE