# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| LOCAL 703, I.B. OF T. GROCERY AND FOOD EMPLOYEES WELFARE FUND, et al., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> REGIONS FINANCIAL CORPORATION, et al., <br><br> Defendants. | **CLASS ACTION** <br><br> CIVIL ACTION NUMBER 2:10-CV-02847-IPJ |

## DEFENDANTS' EVIDENTIARY SUBMISSION IN RESPONSE TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Defendants Regions Financial Corporation, C. Dowd Ritter, Irene M. Esteves, and Alton E. Yother submit Exhibit A, Declaration of Dr. Christopher James (with exhibits) and Exhibit B, Declaration of Maibeth J. Porter (with exhibits) in support of their response to Plaintiffs' motion for class certification. Pursuant to the Court's March 21, 2012 Order (Docket Entry #101), Exhibits C-H are being filed under seal.

Submitted this 20th day of March, 2012.

        s/Maibeth J. Porter
        Maibeth J. Porter
        John N. Bolus
        Attorneys for Regions Financial Corporation

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue, North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2602
Telephone:  (205) 254-1000
Telecopier:  (205) 254-1999

        s/ VICTOR L. HAYSLIP
        Mr. Victor L. Hayslip
        Ms. Betsy P. Collins
        Mr. Kip A. Nesmith
        Attorneys for C. Dowd Ritter, Irene M.
        Esteves, and Alton E. Yother

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: 205-251-3000
Telecopier: 205-458-5100

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, on this the 21st day of March, 2012:

>Mr. Andrew J. Brown
>Mr. Matthew I. Alpert
>ROBBINS, GELLER, RUDMAN, & DOWD, LLP
>655 West Broadway, Suite 1900
>San Diego, California  92101-3301
>E-mail:  AndrewB@rgrdlaw.com
>           malpert@rgrdlaw.com
>
>Mr. James S. Ward
>Mr. Patrick C. Cooper
>WARD & WILSON, LLC
>2100 Southbridge Parkway, Suite 580
>Birmingham, Alabama  35209
>E-mail:  jward@wardwilsonlaw.com
>           patrickccooper@yahoo.com
>
>Mr. Roger H. Bedford, Jr.
>ROGER BEDFORD & ASSOCIATES, P.C.
>P.O. Box 370
>303 North Jackson Avenue
>Russellville, Alabama  35653
>E-mail:  senbedford@aol.com
>
>Mr. Larry Moore
>MOORE & TROUSDALE P.C.
>211 North Court Street
>P.O. Box 9
>Florence, Alabama  35631
>E-mail: mtfedcase@mtattys.com

>                              s/Maibeth J. Porter
>                              OF COUNSEL