**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

LOCAL 703, I.B. OF T. GROCERY
AND FOOD EMPLOYEES WELFARE
FUND, et al.,

    PLAINTIFFS,

vs.                                                                  CASE NO. CV 10-J-2847-S

REGIONS FINANCIAL CORPORATION,
et al.,

    DEFENDANTS.

## ORDER

Pending before the court is defendant Regions Financial Corporation's motion for leave to file under seal (doc. 229) and non-party Thomas A. Neely, Jr.'s emergency motion to place document back under seal (doc. 234). On December 4, 2012, this court Ordered individual defendants' counsel Victor Hayslip to submit two letters to this court for approval. Mr. Hayslip has complied with that Order, the court has considered said letters, as well as the letter of co-counsel Ginger Busby, and finds the same sufficient. The Clerk is **ORDERED** to file said letters. Mr. Hayslip is **ORDERED** to send said letters to the addressees.

This court's Order of November 10, 2011, allowing for confidential materials to be filed under seal, has not been lifted. This case **remains stayed** pursuant to the court's Order of August 27, 2012. The court has requested no filings from any party to this litigation in connection with the December 3, 2012, status conference. It is

therefore **ORDERED** by the court that the Clerk shall **STRIKE** and **REMOVE** from the records all filings since this court's Order of December 6, 2012, except as set forth above.

    **DONE** and **ORDERED** this the 13th day of December, 2012.

 

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE