FILED
2013 Mar-11 AM 10:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| LOCAL 703, I.B . OF T. GROCERY AND FOOD EMPLOYEES WELFARE FUND, et al., ) ) ) | |
| Plaintiffs, ) | |
| vs. ) | CV 10-J-2847-S |
| REGIONS FINANCIAL CORPORATION, et al., ) ) | |
| Defendants. ) ) | |

### ORDER

Victor L. Hayslip, Kip A. Nesmith and Betsy P. Collins, counsel of record for defendants C. Dowd Ritter, Irene Esteves and Alton E. Yother, having filed motion to withdraw (doc. 243), and the court having considered said motion and being of the opinion it is due to be granted,

It is therefore ORDERED that said motion is GRANTED.

**DONE** and **ORDERED** this 11th day of March 2013.

_____
INGE PRYTZ JOHNSON
SENIOR U.S. DISTRICT JUDGE