Case 2:10-cv-02847-IPJ   Document 245   Filed 03/20/13   Page 1 of 3

Case: 12-14168   Date Filed: 03/18/2013   Page: 1 of 1

FILED
2013 Mar-20 PM 02:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 12-14168-W

---

LOCAL 703, I B OF T GROCERY AND FOOD EMPLOYEES WELFARE FUND,
individually and on behalf of all others similarly situated,
EMPLOYEES' RETIREMENT SYSTEM OF THE VIRGIN ISLANDS,
Lead Plaintiff, DISTRICT NO. 9, I.A. OF M. & A.W. PENSION TRUST, Lead Plaintiff,

Plaintiffs - Appellees,

versus

REGIONS FINANCIAL CORPORATION,
C. DOWD RITTER, IRENE ESTEVES, ALTON E. YOTHER,

Defendants - Appellants.

---

Appeal from the United States District Court
for the Northern District of Alabama

---

ORDER:

This appeal is scheduled for oral argument on Friday, April 19, 2013.

The motion to withdraw as counsel of record for appellants C. Dowd Ritter, Irene Esteves and Alton E. Yother filed BY Victor L. Hayslip, Kip A. Nesmith and smith and Besty P. Collins is GRANTED. Said appellants will be represented by Julian D. Butler of the law firm of Sirote & Permutt, P.C.

JOHN LEY
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT – BY DIRECTION

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 18, 2013

John Norman Bolus
Maynard Cooper & Gale, PC
1901 6TH AVE N STE 2400
BIRMINGHAM, AL 35203-2618

Julian D. Butler
Sirote & Permutt, PC
305 CHURCH ST STE 800
PO BOX 18248
HUNTSVILLE, AL 35801

Richard Jon Davis
Maynard Cooper & Gale, PC
1901 6TH AVE N STE 2400
BIRMINGHAM, AL 35203-2618

Maibeth J. Porter
Maynard Cooper & Gale, PC
1901 6TH AVE N STE 2400
BIRMINGHAM, AL 35203-2618

Walker Steven Stewart
Burr & Forman, LLP
420 N 20TH ST STE 3400
BIRMINGHAM, AL 35203

Appeal Number: 12-14168-W
Case Style: Local 703, I B of T Grocery an, et al v. Regions Financial Corporation, et al
District Court Docket No: 2:10-cv-02847-IPJ

On April 1, 2013, this Court will begin **MANDATORY electronic filing.** All counsel are required to file documents electronically in appeals pending on April 1, 2013, and in appeals docketed in this Court on or after that date, unless exempted for good cause.

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

JOHN LEY, Clerk of Court

Reply to:  Valerie L. Geddis
Phone #:  (404) 335-6143

                              MOT-2 Notice of Court Action