# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

LOCAL 703, I.B. OF T. GROCERY
AND FOOD EMPLOYEES WELFARE
FUND, et al.,

    PLAINTIFFS,

vs.                                                           CASE NO. CV 10-J-2847-S

REGIONS FINANCIAL CORPORATION,
et al.,

    DEFENDANTS.

## ORDER

Burr & Forman LLP having filed a motion to lift Protective Order for limited purpose of allowing Victor L. Hayslip to respond to the Alabama State Bar (doc. 246) and the court having considered said motion and being of the opinion said motion is due to be granted,

It is therefore **ORDERED** by the court that said motion is **GRANTED**. To the extent that it applies to the same, the Protective Order is hereby **LIFTED** as to documents 223, 224, 225, 226, 236, 237, 238 and 239, for the limited purposes set forth is said motion.

**DONE** and **ORDERED** this the 1st day of April, 2013.

                                                    INGE PRYTZ JOHNSON
                                                    SENIOR U.S. DISTRICT JUDGE