# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

LOCAL 703, I.B. OF T. GROCERY
AND FOOD EMPLOYEES WELFARE
FUND, et al.,

    PLAINTIFFS,

vs.                                                       CASE NO. CV 10-J-2847-S

REGIONS FINANCIAL CORPORATION,
et al.,

    DEFENDANTS.

## ORDER

The stay previously entered by this court (doc. 199) is hereby **LIFTED**.

This being the day set for status conference, the plaintiffs and defendants were present in open court by and through their respective counsel of record. The defendants having informed the court that they wish an opportunity to submit further argument on the narrow issue defined by the Eleventh Circuit Court of Appeals in its opinion of September 5, 2014;

It is **ORDERED** by the court that the defendants are allowed until October 8, 2014, to submit a further brief in support of its arguments, not to exceed fifteen (15) pages in length. The plaintiffs will thereafter be allowed until October 15, 2014, to submit a response, also not to exceed fifteen (15) pages in length.

**DONE** and **ORDERED** this the 1st day of October, 2014.

                                                INGE PRYTZ JOHNSON
                                                SENIOR U.S. DISTRICT JUDGE