FILED
 2015 May-18  PM 04:44
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| LOCAL 703, I.B. OF T. GROCERY AND FOOD EMPLOYEES WELFARE FUND, et al., Individually and on Behalf of All Others Similarly Situated, ) ) ) ) ) | Civil Action No. 2:10-cv-02847-IPJ <br><br> <u>CLASS ACTION</u> |
| Plaintiffs, ) ) ) | LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT |
| vs. ) ) | |
| REGIONS FINANCIAL CORPORATION, et al., ) ) ) ) | |
| Defendants. ) ) | |

1030089_1

Pursuant to Federal Rule of Civil Procedure 23, District No. 9, I.A. of M. & A.W. Pension Trust and Employees' Retirement System of the Government of the Virgin Islands (collectively, "Lead Plaintiffs"), respectfully move the Court to enter an order: (1) preliminarily approving the proposed class action settlement; (2) approving the proposed forms of: (a) the Notice of Proposed Settlement, Motion for Attorneys' Fees and Settlement Fairness Hearing, (b) the Proof of Claim and Release form, (c) the Summary Notice, and (d) the Special Notice to Securities Brokers and Other Nominees of Proposed Settlement, Motion for Attorneys' Fees and Settlement Fairness Hearing; (3) approving the proposed methods of disseminating notice; (4) approving the appointment of Gilardi & Co. LLC as the Claims Administrator; (5) setting a date for the Settlement Hearing; and (6) such other and further relief as the Court deems just and proper.

In support of this motion, Lead Plaintiffs submit herewith the Memorandum of Law in Support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement and the Stipulation and Agreement of Settlement, with annexed exhibits.

- 2 -

| | |
|---|---|
| DATED: May 18, 2015 | Respectfully submitted, |

ROBBINS GELLER RUDMAN
  & DOWD LLP
ANDREW J. BROWN
MATTHEW I. ALPERT


              s/ Andrew J. Brown
              ANDREW J. BROWN

655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

WARD & WILSON, LLC
PATRICK C. COOPER
(ASB-4959-O77P)
2100 Southbridge Parkway, Suite 580
Birmingham, AL  35209
Telephone:  205/871-5404
205/871-5758 (fax)

ROGER BEDFORD & ASSOCIATES,
  P.C.
ROGER H. BEDFORD, JR.
(ASB-3651-D60R)
P.O. Box 370
303 North Jackson Avenue
Russellville, AL  35653
Telephone:  256/332-6966
256/332-6967 (fax)

- 3 -

        MOORE, BERRY & LINVILLE, P.C.
        LARRY B. MOORE (ASB-4345-074L)
        211 North Court Street
        P.O. Box 9
        Florence, AL 35631
        Telephone:  256/718-0120
        256/718-0251 (fax)

        Co-Liaison Counsel

CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 18, 2015.

                      s/ Andrew J. Brown
                      ANDREW J. BROWN

                      ROBBINS GELLER RUDMAN
                          & DOWD LLP
                      655 West Broadway, Suite 1900
                      San Diego, CA  92101-8498
                      Telephone:  619/231-1058
                      619/231-7423 (fax)

                      E-mail:  andrewb@rgrdlaw.com

# Mailing Information for a Case 2:10-cv-02847-IPJ T Grocery & Food Employees Welfare Fund v. Regions Financial Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Isaac Alpert**
  malpert@rgrdlaw.com

- **Roger H Bedford , Jr**
  senbedford@aol.com

- **Dylan Cook Black**
  dblack@babc.com

- **John N Bolus**
  jbolus@maynardcooper.com

- **William M Bowen , Jr**
  wmbowen@whitearnolddowd.com

- **Andrew J Brown**
  AndrewB@rgrdlaw.com

- **Burr & Forman LLP**
  knesmith@burr.com

- **Julian D Butler**
  jbutler@sirote.com

- **Patrick C Cooper**
  patrickccooper@yahoo.com

- **Richard Jon Davis**
  rdavis@maynardcooper.com

- **Jeffrey Kuehr**
  wnc@rmclaw.com

- **Larry B Moore**
  mblfedcase@mblattorneys.com

- **Kip Allen Nesmith**
  knesmith@burr.com

- **Maibeth J Porter**
  mporter@maynardcooper.com

- **James S Ward**
  jward@wardwilsonlaw.com

- **J Mark White**
  mwhite@whitearnolddowd.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`