# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

LOCAL 703, I.B. OF T. GROCERY
AND FOOD EMPLOYEES WELFARE
FUND, et al.,

    PLAINTIFFS,

vs.                                         CASE NO. CV 10-J-2847-S

REGIONS FINANCIAL CORPORATION,
et al.,

    DEFENDANTS.

## ORDER

Lead plaintiffs having filed an unopposed motion for preliminary approval of proposed class action settlement (doc. 286), a memorandum of law in support of said motion (doc. 287), and a stipulation and agreement of settlement (doc. 288) which has been executed by counsel for all parties, and the court having considered said pleadings and being of the opinion this matter should be set for hearing on the motion for preliminary approval of the proposed class action settlement;

It is therefore **ORDERED** by the court that said motion is set for a hearing on the issue of preliminary approval of the settlement on May 27, 2015, at 9:00 a.m., in Florence, Alabama.

**DONE** and **ORDERED** this the 19th day of May, 2015.

                                                        INGE PRYTZ JOHNSON
                                                        SENIOR U.S. DISTRICT JUDGE