UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| LOCAL 703, I.B. OF T. GROCERY AND FOOD EMPLOYEES WELFARE FUND, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>REGIONS FINANCIAL CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 2:10-cv-2847-KOB<br><br>CLASS ACTION<br><br>LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF DISTRIBUTION, AND AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND REIMBURSEMENT OF LEAD PLAINTIFFS' EXPENSES PURSUANT TO 15 U.S.C. §78u-4(a)(4) |

1064908_1

PLEASE TAKE NOTICE that upon: (i) the Declaration of Andrew J. Brown in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Distribution and Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Reimbursement of Lead Plaintiffs' Expenses Pursuant to 15 U.S.C. §78u-4(a)(4); (ii) the Declaration of Andrew J. Brown Filed on Behalf of Robbins Geller Rudman & Dowd LLP in Support of Application for Award of Attorneys' Fees and Expenses; (iii) the Declaration of Roger H. Bedford, Jr. Filed on Behalf of Roger Bedford & Associates, P.C. in Support of Application for Award of Attorneys' Fees and Expenses; (iv) the Declaration of Patrick C. Cooper Filed on Behalf of Ward & Wilson, L.L.C. in Support of Application for Award of Attorneys' Fees and Expenses; (v) the Declaration of Larry B. Moore Filed on Behalf of Moore, Berry & Linville in Support of Application for Award of Attorneys' Fees and Expenses; (vi) the Declaration of Austin Nibbs as Representative of the Employees' Retirement System of the Government of the Virgin Islands in Support of Plaintiffs' Motion for Final Approval of Settlement; (vii) the Declaration of Tony Rippeto as Representative of District No. 9, I.A. of M. & A.W. Pension Trust in Support of Plaintiffs' Motion for Final Approval of Settlement; (viii) the Declaration of Carole K. Sylvester Re (A) Mailing of the Notice of Proposed Settlement, Motion for Attorneys' Fees and Settlement Fairness Hearing and the Proof of Claim and Release Form, (B) Publication of the Summary Notice, (C) Internet Posting, and (D) Requests for Exclusion Received to Date; (ix) Lead Counsel's Memorandum of Law in Support of

Motion for an Award of Attorneys' Fees and Expenses and Reimbursement of Lead Plaintiffs' Expenses Pursuant to 15 U.S.C. §78u-4(a)(4); (x) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Distribution and Incorporated Memorandum of Law; (xi) the Stipulation and Agreement of Settlement dated May 18, 2015 and the Exhibits annexed thereto; and (xii) all other proceedings herein, Lead Plaintiffs will move this Court, before the Honorable Karen O. Bowdre, United States District Judge for the United States District Court, Northern District of Alabama, Southern Division, Hugo L. Black U.S. Courthouse, 1729 Fifth Avenue North, Birmingham, Alabama on September 9, 2015, at 10:00 a.m., for entry of orders and judgments pursuant to Rule 23 of the Federal Rules of Civil Procedure (1) finally approving the settlement of the captioned litigation, (2) approving the Plan of Distribution of settlement proceeds, and (3) awarding Plaintiffs' Counsel attorneys' fees, plus expenses in the litigation; and (4) awards to the Lead Plaintiffs.

DATED:  August 11, 2015            Respectfully submitted,

                                                            ROBBINS GELLER RUDMAN
                                                              & DOWD LLP
                                                            ANDREW J. BROWN
                                                            MATTHEW I. ALPERT


                                                                   s/ Andrew J. Brown
                                                            ANDREW J. BROWN

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

WARD & WILSON, LLC
PATRICK C. COOPER
(ASB-4959-O77P)
2100 Southbridge Parkway, Suite 580
Birmingham, AL 35209
Telephone: 205/871-5404
205/871-5758 (fax)

ROGER BEDFORD & ASSOCIATES, P.C.
ROGER H. BEDFORD, JR.
(ASB-3651-D60R)
P.O. Box 370
303 North Jackson Avenue
Russellville, AL 35653
Telephone: 256/332-6966
256/332-6967 (fax)

MOORE, BERRY & LINVILLE, P.C.
LARRY B. MOORE (ASB-4345-074L)
211 North Court Street
P.O. Box 9
Florence, AL 35631
Telephone: 256/718-0120
256/718-0251 (fax)

Co-Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 11, 2015.

          s/ Andrew J. Brown
          ANDREW J. BROWN

          ROBBINS GELLER RUDMAN
             & DOWD LLP
          655 West Broadway, Suite 1900
          San Diego, CA  92101-8498
          Telephone:  619/231-1058
          619/231-7423 (fax)

          E-mail:  andrewb@rgrdlaw.com

- 1 -

CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 11, 2015.

s/ Andrew J. Brown
ANDREW J. BROWN

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  andrewb@rgrdlaw.com

# Mailing Information for a Case 2:10-cv-02847-KOB T Grocery & Food Employees Welfare Fund v. Regions Financial Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Isaac Alpert**
  malpert@rgrdlaw.com

- **Roger H Bedford , Jr**
  senbedford@aol.com

- **Dylan Cook Black**
  dblack@babc.com

- **John N Bolus**
  jbolus@maynardcooper.com

- **William M Bowen , Jr**
  wmbowen@whitearnolddowd.com

- **Andrew J Brown**
  AndrewB@rgrdlaw.com

- **Burr & Forman LLP**
  knesmith@burr.com

- **Julian D Butler**
  jbutler@sirote.com

- **Patrick C Cooper**
  patrickccooper@yahoo.com

- **Richard Jon Davis**
  rdavis@maynardcooper.com

- **Jeffrey Kuehr**
  wnc@rmclaw.com

- **Larry B Moore**
  mblfedcase@mblattorneys.com

- **Kip Allen Nesmith**
  knesmith@burr.com

- **Maibeth J Porter**
  mporter@maynardcooper.com

- **James S Ward**
  jward@wardwilsonlaw.com

- **J Mark White**
  mwhite@whitearnolddowd.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`