FILED
2015 Sep-14 PM 04:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

Regions Financial Corporation Exclusions Received in Response to the Notice of Pendency

(Late Exclusions Are Highlighted in Red)

| OptOutNo | FirstName | LastName | Name1 |
|---|---|---|---|
| REGIONS-EXCL00001 | MARY JOHNS | OSBORNE | |
| REGIONS-EXCL00002 | ELDON | HANSEN | CHARLENE HANSEN |
| REGIONS-EXCL00003 | LEON | ZALENSKI | |
| REGIONS-EXCL00004 | LOIS C | STANLEY | |
| REGIONS-EXCL00005 | WILMA L | PEARSON | |
| REGIONS-EXCL00006 | ROBERT E O | NICKLE | LESLIE K NICKLE |
| REGIONS-EXCL00007 | JESSE O | KINKADE | ETHEL MAE KINKADE |
| REGIONS-EXCL00008 | DALE | MELTON | |
| REGIONS-EXCL00009 | IRA C | LOVELESS III | JANE B LOVELESS |
| REGIONS-EXCL00010 | KIMBERLY B(VINSON) | OUSLEY | |
| REGIONS-EXCL00011 | MARILYN JOYCE | BROWN | |
| REGIONS-EXCL00012 | CAROLYN B | MARTIN | |
| REGIONS-EXCL00013 | FRANCES L | NELSON | RITA C COKER |
| REGIONS-EXCL00014 | DOROTHY J | HILL | |
| REGIONS-EXCL00015 | KATHERINE JAMISON BATEY | WHITT | |
| REGIONS-EXCL00016 | ROBERT | KALIN | |
| REGIONS-EXCL00017 | JOANNE M | BERDALL | MARC S WEISS |
| REGIONS-EXCL00018 | MERRIAM B | POOLE | |
| REGIONS-EXCL00019 | J A | BARKER | ANNA O BARKER JT TEN |
| REGIONS-EXCL00020 | ROSE MARIE | JORDAN | |
| REGIONS-EXCL00021 | LAWRENCE H | HORN | |
| REGIONS-EXCL00022 | LINDA LOU WILSON | CARTER | |
| REGIONS-EXCL00023 | AUGUST ANTHONY | DATTILO | |
| REGIONS-EXCL00024 | JAMES JOSEPH | SEMRADEK JR TRUST | |
| REGIONS-EXCL00025 | RIDA GARRETT | YATES | |
| REGIONS-EXCL00026 | JOSEPHINE P | POIRRIER | ROSE M PASQUA ESTATE |
| REGIONS-EXCL00027 | NEIL E | CHRISTOPHER MD | |
| REGIONS-EXCL00028 | MELBA W | SMITH | LLOYD E. SMITH JT TEN |
| REGIONS-EXCL00029 | JOHN G | LOFTIN | |
| REGIONS-EXCL00030 | JOYCE | CANTRELL POA | D DEAN CANTRELL |
| REGIONS-EXCL00031 | ROY A | NELSON JR | RAMONA RUTH NELSON BAQUET |
| REGIONS-EXCL00032 | LOUISE C | GRAY | JAMES D GRAY |
| REGIONS-EXCL00033 | WILLIAM C | WILSON (DECEASED) | MICHAEL C. POWELL EXECUTOR |
| REGIONS-EXCL00034 | BARBARA H | YOUNG TUTLESS | |
| REGIONS-EXCL00035 | JOSEPH W | BALLARD | |
| REGIONS-EXCL00036 | RANDY F | ROGERS CUST. | MATTHEW, LEANNA, JENNY & DEBORAH ROGERS |
| REGIONS-EXCL00037 | JOHN T | LOGAN | |
| REGIONS-EXCL00038 | EARL L | GIBERSON | CLARA GIBERSON |
| REGIONS-EXCL00039 | BENNIE C | CRUMPTON | MAXINE J CRUMPTON |
| REGIONS-EXCL00040 | WILLIAM A | JORDAN | BONNIE JORDAN |
| REGIONS-EXCL00041 | ANITA M | RAU | |
| REGIONS-EXCL00042 | RUBY L | MARSHALL | |
| REGIONS-EXCL00043 | GAY C | BUCHANAN | |
| REGIONS-EXCL00044 | JIMMY GLEN | TUBBS | |
| REGIONS-EXCL00045 | PAUL | BEASLEY(DECEASED) | BARBARA BEASLEY |
| REGIONS-EXCL00046 | WESLEY E | ALLEN | |
| REGIONS-EXCL00047 | SIDNEY H | MACK | |
| REGIONS-EXCL00048 | WILLIAM E | JENSS | BARBARA W JENSS |
| REGIONS-EXCL00049 | THERESA M | GRACE | |
| REGIONS-EXCL00050 | KITTY B | MEYERS | |
| REGIONS-EXCL00051 | PATRICIA | GARRETSON | |
| REGIONS-EXCL00052 | ROGER LON | GRODEON | |
| REGIONS-EXCL00053 | CHARLES D | BUEHLER | HOLLY K BUEHLER |
| REGIONS-EXCL00054 | DAVID LYNN | GLOVER | BRENDA FAYE GLOVER |
| REGIONS-EXCL00055 | OLIN | PLUNKETT | CATHERINE S PLUNKETT JT TEN |

| | | | |
|---|---|---|---|
| REGIONS-EXCL00056 | SARA E | ALDREDGE | |
| REGIONS-EXCL00057 | EIRWEN JOYCE | ROBERTS | |
| REGIONS-EXCL00058 | EMMA M | BURGESS | |
| REGIONS-EXCL00059 | JASPER M | YELVERTON JR | |
| REGIONS-EXCL00060 | JONNA L | FREMIN | |
| REGIONS-EXCL00061 | JONNA L | FREMIN CUST | DEREK JOSEPH FREMIN |
| REGIONS-EXCL00062 | JONNA L | FREMIN CUST | DUSTIN JOSEPH FREMIN |
| REGIONS-EXCL00063 | BESSIE G | WEBB | |
| REGIONS-EXCL00064 | ALTHA ERNESTEEN | HUNT | |
| REGIONS-EXCL00065 | JOY ERNESTINE | BROWN | |
| REGIONS-EXCL00066 | BERNARD F | COOMBES | JANET L COOMBES |
| REGIONS-EXCL00067 | CARL L | SMITH | CLARA M SMITH |
| REGIONS-EXCL00068 | JERRY DILLON | BROWN | |
| REGIONS-EXCL00069 | DOROTHY C | RUSSELL | |
| REGIONS-EXCL00070 | RUTH ANN | KEHUR | |
| REGIONS-EXCL00071 | DARIA W | LIGHTFOOT | DARIA SCOTT WELCH |
| REGIONS-EXCL00072 | LEONARD GERALD | DUFFY | NAOMI ABBOTT DUFFY |
| REGIONS-EXCL00073 | WILLIAM PAUL | SIMMON | |
| REGIONS-EXCL00074 | MARGARET SANDRA | SEAGRAVES | |
| REGIONS-EXCL00075 | SUSAN PAXTON | HOOKER | |
| REGIONS-EXCL00076 | CHARLES LOUIS | SMITH | |
| REGIONS-EXCL00077 | LAURA W | PRESTON | |
| REGIONS-EXCL00078 | CHARLES W | RITTMEYER | |
| REGIONS-EXCL00079 | RENA MEBANE | STOREY | |
| REGIONS-EXCL00080 | NANCY PENN | PAVY | |
| REGIONS-EXCL00081 | JULIAN RAYMOND | ROSS | |
| REGIONS-EXCL00082 | JOYCE T | PEAVEY | |
| REGIONS-EXCL00083 | SHIRLEY A | PHILLIPS | |
| REGIONS-EXCL00084 | JAMES R | NUTTER | NORMA F NUTTER |
| REGIONS-EXCL00085 | DAVID | CRAVENS | |
| REGIONS-EXCL00086 | ANN | HENRY | |
| REGIONS-EXCL00087 | BARBARA JOAN | PARKER | |
| REGIONS-EXCL00088 | MARGARET MARIE REDDEN | ASKINS | |
| REGIONS-EXCL00089 | NANCY MCCALL | POYNOR | JOHN WORRELL POYNOR JT TEN |
| REGIONS-EXCL00090 | NANCY MCCALL | POYNOR | |
| REGIONS-EXCL00091 | TONY | KRICULI | ISOLDE L. KRICULI |
| REGIONS-EXCL00092 | ERNESTINE P | RALSTON | |
| REGIONS-EXCL00093 | MARGARET R | PAVLICK TR | |
| REGIONS-EXCL00094 | CAROLYN CAPEHART | BENNETT | |
| REGIONS-EXCL00095 | MARILYN K | HARMON | |
| REGIONS-EXCL00096 | LUNA F | BAILEY | CHERYL FRANCES BAILEY LYTAL POA |
| REGIONS-EXCL00097 | RONALD ANTHONY | STOUFFLET | |
| REGIONS-EXCL00098 | GERALD E | MCKAIN | JESSICA LEIGH LEWIS CUST. |
| REGIONS-EXCL00099 | GERALD E | MCKAIN | REBECCA LEWIS CUST. |
| REGIONS-EXCL00100 | GERALD E | MCKAIN | ROBIN R LEWIS III CUST. |
| REGIONS-EXCL00101 | CAROL P | DURHAM | |
| REGIONS-EXCL00102 | BOBBIE NELL | CASE | |
| REGIONS-EXCL00103 | J H | LAND(DECEASED) | EVEYN LAND JT TEN |
| REGIONS-EXCL00104 | JEAN CAROLE | JONES | ANITA DALE JONES |
| REGIONS-EXCL00105 | CHARLENE | MCKENZIE | |
| REGIONS-EXCL00106 | ELMER A | PRIEBEL | |
| REGIONS-EXCL00107 | HARDIE BRADFORD | KIMBROUGH JR | |
| REGIONS-EXCL00108 | KENNETH C | CANN | |
| REGIONS-EXCL00109 | ANNABELLE S | ZERINGUE(DECEASED) | RENE P ZERINGUE JR |
| REGIONS-EXCL00110 | SHERRIE ESTHER | COLBORN | |
| REGIONS-EXCL00111 | ESTHER LEE GOODWIN | FOX | |
| REGIONS-EXCL00112 | JESSE R | FOWLER | |
| REGIONS-EXCL00113 | HELEN L | JANSSON | |
| REGIONS-EXCL00114 | DOROTHY LYNN | BLASINGIM | |
| REGIONS-EXCL00115 | LARRY H | STALLARD | JANICE L STALLARD |
| REGIONS-EXCL00116 | MARCIA H DAVIS | TRICHE | |

| | | | |
|---|---|---|---|
| REGIONS-EXCL00117 | ROBERT A | WHITE | GERALDINE L WHITE |
| REGIONS-EXCL00118 | JEFFERY L | YOUNG(DECEASED) | WANDA L YOUNG |
| REGIONS-EXCL00119 | SARAH B | MILLER | |
| REGIONS-EXCL00120 | GAYLE P | HAYES | SHIRLEY B HAYES JT TEN |
| REGIONS-EXCL00121 | BRUTON A | WOOD | |
| REGIONS-EXCL00122 | FLOYD G | WAX | |
| REGIONS-EXCL00123 | VICKI LEE KIRBY | LANEY | |
| REGIONS-EXCL00124 | DOROTHY H | WAX | |
| REGIONS-EXCL00125 | BEVERLIE V | POLLY | JAMES G POOLE JT TENANTS |
| REGIONS-EXCL00126 | JAMES | LAMBRILAZ | |
| REGIONS-EXCL00127 | WILLIAM M | BARNES | |
| REGIONS-EXCL00128 | DAVID B | STINSON | |
| REGIONS-EXCL00129 | WILLIAM A | STINSON | |
| REGIONS-EXCL00130 | PHILLIP L | STINSON | |
| REGIONS-EXCL00131 | RUBY | LAVONNE JOHNSON | |
| REGIONS-EXCL00132 | SANDRA M | BAKER | |
| REGIONS-EXCL00133 | GEORGE NORMAN | SOSEBEE | |
| REGIONS-EXCL00134 | BESSIE S | VIRDEN | HURON W VIRDEN |
| REGIONS-EXCL00135 | JAMES R | HUGHES | |
| REGIONS-EXCL00136 | ROBERT L | RINKEL | |
| REGIONS-EXCL00137 | JOANNE EPTING | WHITT | |
| REGIONS-EXCL00138 | GREER | GRACE | |
| REGIONS-EXCL00139 | HARRIET E | MELTON (DECEASED) | LELAND AND DEBORAH E STEWART |
| REGIONS-EXCL00140 | LOIS M | RUTH | |
| REGIONS-EXCL00141 | GLORIA C | CALHOUN | |
| REGIONS-EXCL00142 | ELIZABETH E | JONES | |
| REGIONS-EXCL00143 | WILLODEAN W | SULLINS | |
| REGIONS-EXCL00144 | ALTHA ERNESTEEN | HUNT | |
| REGIONS-EXCL00145 | JOSEPH F | PIROLA JR TTEE | |
| REGIONS-EXCL00146 | LORNA CHANG | POST | |
| REGIONS-EXCL00147 | NORMAND L | COURTEMANCHE | |
| REGIONS-EXCL00148 | MALCOLM L | KENNEDY | |
| REGIONS-EXCL00149 | | HINKLE ENT INC | JIM HINKLE |
| REGIONS-EXCL00150 | MARTHA LOU | HART | |
| REGIONS-EXCL00151 | BETTY N | HAWES | RAYMOND G HAWES POA |
| REGIONS-EXCL00152 | JEANETTE | PETERMAN | |
| REGIONS-EXCL00153 | JAMES R | GOODWIN | |
| REGIONS-EXCL00154 | MARK C | POTTER | |
| REGIONS-EXCL00155 | NORMAN F | FORD JR(DECEASED) | NORMAN F FORD III |
| REGIONS-EXCL00156 | ROSALYN JONES RIZZO | MOORE | ANDREE RIZZO MOORE ARCEMONT |
| REGIONS-EXCL00157 | RUTH HENDERSON | LIPPMAN | DOUGLAS ARTHUR LIPPMAN |
| REGIONS-EXCL00158 | MARTHA ANNE | TANKERSLEY | |
| REGIONS-EXCL00159 | JACKLYNN ANN | NEWMAN | |
| REGIONS-EXCL00160 | RICHARD J | MARTIN | |
| REGIONS-EXCL00161 | LEONARD J | RICHARD | |
| REGIONS-EXCL00162 | MARILYN C | OLSON | |
| REGIONS-EXCL00163 | LAURA HOLLAND | BERRY | |
| REGIONS-EXCL00164 | | GBS LIMITED | |
| REGIONS-EXCL00165 | HAZEL DEAN | FRANKLIN | |
| REGIONS-EXCL00166 | WILLIE E | JOHNSON(DECEASED) | JERRY C COLLEY |
| REGIONS-EXCL00167 | JUDY CAROL | HARTSOCK | |
| REGIONS-EXCL00168 | JOSEPHINE | ROBY | |
| REGIONS-EXCL00169 | JIM H | DAY SR | |
| REGIONS-EXCL00170 | NICHOLAS A | JOHNSON | |
| REGIONS-EXCL00171 | JULIA V | TATE | |
| REGIONS-EXCL00172 | TEDDY J | BUSCH | SYLVIA J BUSCH |
| REGIONS-EXCL00173 | MARILYN SUE | AMSTUTZ | |
| REGIONS-EXCL00174 | FRANK N & LAVERNE | SADAR TR | UA 06/25/97 |
| REGIONS-EXCL00175 | IONE R | GASQUET(DECEASED) | MARIE I GASQUET |
| REGIONS-EXCL00176 | LUCY JACKSON | WALLACE | |
| REGIONS-EXCL00177 | GEOFFREY E | FEDAK | |

| | | | |
|---|---|---|---|
| REGIONS-EXCL00178 | GEOFFREY E | FEDAK | |
| REGIONS-EXCL00179 | JOHN C | SCHMIDT | |
| REGIONS-EXCL00180 | SARAH M | SARTAIN(MAYFIELD) | |
| REGIONS-EXCL00181 | ROBERT CARLTON | BRUNER | |
| REGIONS-EXCL00182 | DANIEL L | BERNATH | |
| REGIONS-EXCL00183 | RAYMOND E | PUSEMAN | |
| REGIONS-EXCL00184 | JANICE E | MCKEE(NEE PERRIN) | PATRICK EUGENE PERRIN(DECEASED) |
| REGIONS-EXCL00185 | DIANE I | BARTELS | |
| REGIONS-EXCL00186 | EMMA R | ROBINSON | |
| REGIONS-EXCL00187 | HELEN CHERIE | JARREAU | |
| REGIONS-EXCL00188 | EUGENE | SMITH(DECEASED) | LOIS JOAN SMITH |
| REGIONS-EXCL00189 | PEGGYE JEAN | WEISSMULLER | ADAM P WEISSMULLER(DECEASED) |
| REGIONS-EXCL00190 | ZITA | LAMASTER | |
| REGIONS-EXCL00191 | ZITA F | LAMASTER | |
| REGIONS-EXCL00192 | BENJAMIN D | METTS | |
| REGIONS-EXCL00193 | PAUL C | BOHARDT | FRANCES M BOHARDT |
| REGIONS-EXCL00194 | CLARA M | COVIELLO | |
| REGIONS-EXCL00195 | DELANE | RAY | |
| REGIONS-EXCL00196 | GEORGE E | WHEELIS | |
| REGIONS-EXCL00197 | IRLENE | HOLLAND | |
| REGIONS-EXCL00198 | DENNIS O | TRUDEAU | MARY ANN TRUDEAU JT TEN |
| REGIONS-EXCL00199 | WARREN D | RIENIETS | |
| REGIONS-EXCL00200 | JOSEPH CALLAWAY | HARPER | |
| REGIONS-EXCL00201 | CAROLYN O | PADGETT | |
| REGIONS-EXCL00202 | HAROLD E | RIVES | CORNELIA ANNE RIVES |
| REGIONS-EXCL00203 | MARGIE | SCHAUMANN | |
| REGIONS-EXCL00204 | WILLIAM C | LINDSAY (DECEASED) | JEAN H LINDSAY JT TEN |
| REGIONS-EXCL00205 | JEFFREY | LEE | JMS LLC CUST FBO |
| REGIONS-EXCL00206 | GEORGE JOSEPH | GAUTIER | |
| REGIONS-EXCL00207 | ESTELLE | WINKLER | |
| REGIONS-EXCL00208 | ELMER DOYLE | PHENIX | |
| REGIONS-EXCL00209 | HOBERT N | RALSTON | |
| REGIONS-EXCL00210 | ANN CHARLENE | RALSTON | |
| REGIONS-EXCL00211 | GEORGE BILLINGSLEY | FLETCHER | |
| REGIONS-EXCL00212 | WARREN C | HEWETT | |
| REGIONS-EXCL00213 | CONNIE M | OWENS | |
| REGIONS-EXCL00214 | DARLENE B | VANHOOSE | |
| REGIONS-EXCL00215 | EDWARD | MACKUS | |
| REGIONS-EXCL00216 | SALLY A | HUNT | |
| REGIONS-EXCL00217 | THOMAS W | MCLEOD | |
| REGIONS-EXCL00218 | SHIRLEY | MERRITT | |
| REGIONS-EXCL00219 | MARY ELLEN | BURKYBILE | |
| REGIONS-EXCL00220 | MARIAN F | HERNANDES | |
| REGIONS-EXCL00221 | JAMES A | COSGROVE (DECEASED) | JOHN H GNIADY EXECUTOR |
| REGIONS-EXCL00222 | ROBERT S | STEELE | |
| REGIONS-EXCL00223 | JOHN F | MULLANE | |
| REGIONS-EXCL00224 | MARILYN G | HUFF | JANES B. HUFF (DECEASED) |
| REGIONS-EXCL00225 | JOHN E | VANDERPOEL | |
| REGIONS-EXCL00226 | BETTY R | MORROW | |
| REGIONS-EXCL00227 | ROBERT | RIDDELL | |
| REGIONS-EXCL00228 | DOROTHY | MAX | PAMELA J DRANGMEISTER TRUSTEE |
| REGIONS-EXCL00229 | WALTER R | BEATTY TTEE | |
| REGIONS-EXCL00230 | GEORGETTE | HAUPT | |
| REGIONS-EXCL00231 | MARY EVELYN | THIGPEN | |
| REGIONS-EXCL00232 | DORIS K | VIERHELLER | |
| REGIONS-EXCL00233 | DALE L | BISKUP | |
| REGIONS-EXCL00234 | AIMEE B | GAUTREAUX | |
| REGIONS-EXCL00235 | LEE L | SCHULTZ | |
| REGIONS-EXCL00236 | LEE L | SCHULTZ TOD | STEVEN W SCHULTZ |
| REGIONS-EXCL00237 | WAVE | SCHULTZ (DECEASED) | ATTN LEE L SCHULTZ |
| REGIONS-EXCL00238 | WALTER D | SCHULTZ (DECEASED) | LEE L SCHULTZ PER REP |

| | | | |
|---|---|---|---|
| REGIONS-EXCL00239 | WAVE L | SCHULTZ TOD | LILA B SHULTZ |
| REGIONS-EXCL00240 | ANN R | WHITE | |
| REGIONS-EXCL00241 | DALE L | HUISINGA SR | |
| REGIONS-EXCL00242 | WILLIAM J | HARUEY JR(DECEASED) | JOANNE O HARUEY |
| REGIONS-EXCL00243 | | LOTSPEICH REALTY CO | |
| REGIONS-EXCL00244 | DIANA C | SAMPLES | |
| REGIONS-EXCL00245 | JOSEPH MORTON | KERSTING | ROSE MARGARET KERSTING |
| REGIONS-EXCL00246 | DELIA M | MEDELLIN | |
| REGIONS-EXCL00247 | ELEANOR M | KIRK LIPPOLD(DECEASED) | BARBARA A RANDOLPH |
| REGIONS-EXCL00248 | STEVEN W | SCHULTZ | |
| REGIONS-EXCL00249 | STEVEN W | SCHULTZ TOD | LEE L SCHULTZ |
| REGIONS-EXCL00250 | MARVIN D | TURNER | |
| REGIONS-EXCL00251 | RONNIE GLEN | STRAIN | |
| REGIONS-EXCL00252 | NANCY B | MORGAN | |
| REGIONS-EXCL00253 | ROBERT ANTHONY | ZECCHINI | |
| REGIONS-EXCL00254 | JAMES ERIC | JACKSON III | |
| REGIONS-EXCL00255 | JAMES V | CARR JR | |
| REGIONS-EXCL00256 | JOHN B & ELLEN M | SCHMIDT TR | THE SCHMIDT FAMILY TRUST |
| REGIONS-EXCL00257 | DONALD F | HOLICKY (DECEASED) | JOAN A HOLICKY |
| REGIONS-EXCL00258 | JEROME | NOWAK TTEE | |
| REGIONS-EXCL00259 | PHILIP F | RICE | |
| REGIONS-EXCL00260 | PHILIP F | RICE | JANE B RICE |
| REGIONS-EXCL00261 | DANNY D | MARKHAM | LYNDA A MARKHAM JT TEN |
| REGIONS-EXCL00262 | KELLY J | KITTS | |
| REGIONS-EXCL00263 | THERON ROSCOE | HEARON(DECEASED) | ANITA R HEARON |
| REGIONS-EXCL00264 | SANDRA LOIS HUBLEY | HASTINGS | |
| REGIONS-EXCL00265 | MILLICENT A | WEBSTER | |
| REGIONS-EXCL00266 | BARBARA L | EASTERHOUSE TRUSTEE | EASTERHOUSE FAMILY TRUST |
| REGIONS-EXCL00267 | KENNETH B | SALLEY | CAROLINE B SALLEY |
| REGIONS-EXCL00268 | GENIE | WHORTON | |
| REGIONS-EXCL00269 | JULIA V | BURGARD | |
| REGIONS-EXCL00270 | BARBARA H | MURPHY | |
| REGIONS-EXCL00271 | PRISCILLA | HOUSE | |
| REGIONS-EXCL00272 | VIRGINIA L | TIDWELL | |
| REGIONS-EXCL00273 | KELLEY RENEE MITCHELL | WINSTON | |
| REGIONS-EXCL00274 | R. RHYI | HARRIS JR | |
| REGIONS-EXCL00275 | MARTHA W | BLACKWELL | |
| REGIONS-EXCL00276 | ALBERT | BOZOF | |
| REGIONS-EXCL00277 | GEORGE EDWIN | BEATTY | |
| REGIONS-EXCL00278 | JANELLE BAIRD | COUCH | |
| REGIONS-EXCL00279 | LEILA L OWENS | MORRIS | |
| REGIONS-EXCL00280 | BARBARA D | CARMAN | |
| REGIONS-EXCL00281 | BARBARA D | CARMAN | |
| REGIONS-EXCL00282 | ANDREW | MITCHELL | |
| REGIONS-EXCL00283 | JULIA C | WILSON(DECEASED) | PHYLLIS J DRURY PER REP |
| REGIONS-EXCL00284 | KEITH | GALPIN | |
| REGIONS-EXCL00285 | JANE W | LOUER | |
| REGIONS-EXCL00286 | RONALD J | LUCAS | ELIZABETH A LUCAS JT TEN |
| REGIONS-EXCL00287 | ANIBAL | MARRERO | |
| REGIONS-EXCL00288 | MARY D | HAAKE | |
| REGIONS-EXCL00289 | JOSEPH F | ROGOISH | |
| REGIONS-EXCL00290 | LILLIAN A | KUCERA | |
| REGIONS-EXCL00291 | SUSAN MELINDA | SCHULKE | |
| REGIONS-EXCL80001 | MARILYN J | WEBSTER | |
| REGIONS-EXCL80002 | DOROTHY | LUDWIG | |
| REGIONS-EXCL80003 | MARK E | FORTADO | |

Regions Financial Corporation Exclusions Received in Response to the Notice of Settlement

| OptOutNo | FirstName | LastName | Name1 |
|---|---|---|---|
| REGIONS2-EXCL00001 | JOHN G | LOFTIN | |
| REGIONS2-EXCL00002 | JOYCE T | PEAVEY | |
| REGIONS2-EXCL00003 | LYNN M | DALE | |
| REGIONS2-EXCL00004 | TURNER A | ROUSE | |
| REGIONS2-EXCL00005 | | GBS LTD | |
| REGIONS2-EXCL00006 | JAMES KENNETH | LANE(DECEASED) | DELORES LANE |
| REGIONS2-EXCL00007 | SONYA H | QUINN | |
| REGIONS2-EXCL00008 | CAMELLA A | SHEATS | |
| REGIONS2-EXCL00009 | BONNIE | COZZENS | |
| REGIONS2-EXCL00010 | BILLY W | WOOD | BETTY T WOOD JT TEN |
| REGIONS2-EXCL00011 | BETTY T | WOOD | BILLY W WOOD JT TEN |
| REGIONS2-EXCL00012 | DOROTHY | LUDWIG | |
| REGIONS2-EXCL00013 | ANN | WHITE | |
| REGIONS2-EXCL00014 | LELAND R | STEWART | DEBORAH E STEWART |
| REGIONS2-EXCL00015 | BOBBIE M | PATTERSON | |
| REGIONS2-EXCL00016 | MARGARET ANN | SLIGER | |
| REGIONS2-EXCL00017 | SARAH M | SARTAIN(MAYFIELD) | |
| REGIONS2-EXCL00018 | BARBARA H | YOUNG TUTLESS CUST | RYAN SCOTT YOUNG UTMA MS |
| REGIONS2-EXCL00019 | BARBARA H | YOUNG TUTLESS CUST | AMY LYNN TAYLOR UTMA MS |
| REGIONS2-EXCL00020 | BARBARA H | YOUNG TUTLESS CUST | LAUREN ELIZABETH TAYLOR UTMA MS |
| REGIONS2-EXCL00021 | BARBARA H | YOUNG TUTLESS CUST | SEAN MICHAEL YOUNG UTMA MS |
| REGIONS2-EXCL00022 | BARBARA H | YOUNG TUTLESS CUST | JAMES BRADLEY TAYLOR UTMA MS |
| REGIONS2-EXCL00023 | JUANITA K | GILL | |
| REGIONS2-EXCL00024 | JAMES E | RICKMAN | |
| REGIONS2-EXCL00025 | MELODY C | BARBRE | |
| REGIONS2-EXCL00026 | TANYA LOUQUE | BOURGEOIS | |
| REGIONS2-EXCL00027 | NELSON H | KASTEN | |
| REGIONS2-EXCL00028 | ROY L | FANNING JR | |
| REGIONS2-EXCL00029 | DINAH R | BROCK | DAVID BROCK |
| REGIONS2-EXCL00030 | RALPH T | BRAWLEY | |
| REGIONS2-EXCL00031 | CAROLYN O | PADGETT | |
| REGIONS2-EXCL00032 | HELEN | BRYANT | |
| REGIONS2-EXCL00033 | GARY | REDMON | EDNA REDMON ESTATE |
| REGIONS2-EXCL00034 | CHAS & DOROTHY | LUDWIG JOINT RE TRUST | TRUST UAD 03/22/96 |
| REGIONS2-EXCL00035 | HARRY C | WINFREY | |
| REGIONS2-EXCL00036 | MICHELE | TERELETSKY | |
| REGIONS2-EXCL00037 | ADAM L | MCVEY | |
| REGIONS2-EXCL00038 | KATHLEEN E | REIS | |
| REGIONS2-EXCL00039 | EDWARD | MONDROSCH | |
| REGIONS2-EXCL00040 | FRED | MCVEY | |
| REGIONS2-EXCL00041 | CHESTER M | DRAKE SR | |
| REGIONS2-EXCL00042 | ANNIE | EDWARDS | |

| | | | |
|---|---|---|---|
| REGIONS2-EXCL00043 | HAROLD | HOPKINS | |
| REGIONS2-EXCL00044 | EDWARD | BENEZECH JR | |
| REGIONS2-EXCL00045 | JUDITH C | KYSER | |
| REGIONS2-EXCL00046 | BOBBY E | BRETT | |
| REGIONS2-EXCL00047 | GEORGE H | BLANKENSHIP | |
| REGIONS2-EXCL00048 | SIDNEY M | GARRISON | |